UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CMR CONSTRUCTION & ROOFING,
LLC, a/a/o Lawrence
Farrington,

    Plaintiff,

v.                      Case No: 2:19-cv-442-JES-MRM

ASI PREFERRED INSURANCE
CORPORATION,

    Defendant.

## ORDER

On April 26, 2021, the Court issued an Amended Opinion and Order (Doc. #107) staying the effect of the Amended Order until noon today. Plaintiff did not file any response by this deadline, and plaintiff was on notice that the Amended Order would go into effect and the case would be closed if no response was filed.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

This action is **DISMISSED** without prejudice on the condition that if a new case involving this insurance claim is filed by any plaintiff, CMR Construction & Roofing, LLC will reimburse the costs incurred of ASI Preferred Insurance Corporation which are determined to have been wasted. The Clerk shall enter judgment accordingly, terminate all previously scheduled deadlines and

pending motions, and close the file. The Court reserves jurisdiction to determine the costs.

**DONE AND ORDERED** at Fort Myers, Florida, this __29th__ day of April, 2021.

　　　　　　　　　　　　　　　　/s/ John E. Steele
　　　　　　　　　　　　　　　　JOHN E. STEELE
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record

2